POOR QUALITY ORIGINAL

102

MIED ProSe 1 (Rev 5/16)  Complaint for a Civil Case

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

Joseph Michael Hunt

*In Pro Per*

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

v.

Alanis Nadine Morissette , individually


Epiphany Productions  Inc.
Alanis Morissette , CEO & Secretary


*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case: 2:24-cv-12947
Assigned To : Berg, Terrence G.
Referral Judge: Patti, Anthony P.
Assign. Date : 11/5/2024
Description: CMP HUNT V.
MORISSETTE ET AL (CMS)

Jury Trial:     ☐ Yes   ☑ No
                *(check one)*

# Complaint for a Civil Case

MIED ProSe 1 (Rev 5/16) Complaint for a Civil Case

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Joseph Michael Hunt |
| Street Address | 8306 Stanley |
| City and County | City of Warren   County of Macomb |
| State and Zip Code | Michigan  48093 |
| Telephone Number | 586 459-2063 |
| E-mail Address | motownjoehunt@gmail.com |

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Alanis Nadine Morissette |
| Job or Title (if known) | Entertainer |
| Street Address | 3958 South Peardale |
| City and County | City of Lafayette  County of Contra Costa |
| State and Zip Code | California 94549 |
| Telephone Number | unknown |
| E-mail Address (if known) | unknown |

Defendant No. 2

| | |
|---|---|
| Name | Epiphany Productions Inc / Alanis Morissette |
| Job or Title (if known) | Chief Executive Officer /Secretary |
| Street Address | 1900 Avenue Of The Stars   25th Floor |
| City and County | City of Los Angeles ; County of Los Angeles |
| State and Zip Code | California  90067 |
| Telephone Number | unknown |
| E-mail Address (if known) | unknown |

2

MIED ProSe 1 (Rev 5/16) Complaint for a Civil Case

Defendant No. 3

| | |
|---|---|
| Name | _____ |
| Job or Title (if known) | _____ |
| Street Address | _____ |
| City and County | _____ |
| State and Zip Code | _____ |
| Telephone Number | _____ |
| E-mail Address (if known) | _____ |

Defendant No. 4

| | |
|---|---|
| Name | _____ |
| Job or Title (if known) | _____ |
| Street Address | _____ |
| City and County | _____ |
| State and Zip Code | _____ |
| Telephone Number | _____ |
| E-mail Address (if known) | _____ |

## II.  Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction?  *(check all that apply)*

☐ Federal question          ☑ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

**A.      If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.
Coprights 17 U.S.C. §§ 101-810 , Lanham (Trademark) Act 15 U.S.C. § 1051, Madrid Protocol , Berne Convention , General Agreement on Tariffs and Trade (GATT), 18 U.S. Code Chapter 90 Trade Secrets, 18 U.S. Code § 1951 , Immigration and Nationality Act of 1952

**B.      If the Basis for Jurisdiction Is Diversity of Citizenship**

1.      The Plaintiff(s)

   a.      If the plaintiff is an individual
         The plaintiff, *(name)* Joseph Michael Hunt                     ,
         is a citizen of the State of *(name)* Michigan                 .

   b.      If the plaintiff is a corporation
         The plaintiff, *(name)* _____,
         is incorporated under the laws of the State of *(name)*
         _____, and has its principal place of business in the
         State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.      The Defendant(s)

   a.      If the defendant is an individual
         The *defendant, (name)* Alanis Nadine Morissette  , is a citizen of the
         State of *(name)* California                . *Or* is a citizen of *(foreign nation)* Canada               .

   b.      If the defendant is a corporation
         The defendant, *(name)* Epiphany Productions        , is incorporated
         under the laws of the State of *(name)* California              , and
         has its principal place of business in the State of *(name)*
         California              . *Or* is incorporated under the laws of
         *(foreign nation)* _____, and has its principal place
         of business in *(name)* _____.

   *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

4

MIED ProSe 1 (Rev 5/16)  Complaint for a Civil Case

3.    The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes
or the amount at stake—is more than $75,000, not counting interest and costs of
court, because *(explain)*:

The amount in question is US  $33,000,000 . This is treble damage calculation
based upon an entitlement base of $11, 000 ,000 . Also the relief being sought is
a schedule for back credit , compensation, royalties, authorship rights
assignment, and ownership interest shares in Epiphany Productions Inc.

## III.   Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments. State as briefly
as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.
State how each defendant was involved and what each defendant did that caused the plaintiff
harm or violated the plaintiff's rights, including the dates and places of that involvement or
conduct.  If more than one claim is asserted, number each claim and write a short and plain
statement of each claim in a separate paragraph.  Attach additional pages if needed.

Sharon Marie Couwlier and Joseph Michael Hunt wrote the  songs for the album we named
called ` Jagged Little Pill ' with Alanis Nadine Morissette beginning on February 28, 1993 in
St. Claire Shores, Michigan . The claim is that Alanis Morissette has conspired to perpetually
deny Sharon and Joseph authorship credit in our successful project.

Sharon Marie Couwlier and Joseph Michael Hunt were close  work friends from a Sterling
Heights night club in the mid eighties where Sharon was the singer / entertainer. Jagged Little
Pill began as Sharon Couwliers last will and testament.  Our writings were made on birthday
drink napkins , dictations were made over the phone to Alanis Morissette, and  Alanis also
audio recorded our afternoon activities for future reference. Alanis and Sharon worked on the
album until her death on September 18, 1993 .  Sharon and Joseph never received the expected
credit , compensation, and authorship rights to Jagged Little Pill.  In fact,  Morissette has made
it her lifetime goal to harass Hunt as Mister Duplicity - ironically - a song Sharon and I wrote.

Plaintiff Joe Hunt is taking credit for being  Mister Duplicity and gladly shares this credit with
the late Sharon Couwlier. The complaint will list the grievances against primarily Morissette as
the main character in her ongoing civil conspiracy . Plaintiff Hunt seeks immediate return of
any and all  intellectual property works from Morissette created by Hunt/Couwlier including
but not limited to the lyrics written on the drink napkins, the full unedited audio recordings , all
pictures taken during the writing , and  copies of the ` four full journals ' Morissette made
regarding the eleven songs Hunt & Couwlier wrote for the the album we named ` Jagged Little
Pill'. Prior requests to Morissette have been  ignored for reasons unknown.

Morissette is being sued and the federal court process can mediate setting the record straight.

5

## IV.      Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Intellectual property to be returned to plaintiff . Future releases of anything associated with ` Jagged Little Pill ' to include ` Created by Joe Hunt and Sharon Coulier ' . Cease and desist Morissette ( or her agents, heirs , and assigns) from any continued vitriol of Hunt and/or Sharon .

Request is to the court to assess the claims/ causes of action and demand Morissette admin her scheme to deny Hunt and Sharon Coulier equal rights under Copyright law to song/ album credit. Request to the court to audit the complete list of intellectual property submitted as exhibits and assess the retroactive credits to authoerships. lyrics, music, recording and performance royalties,  submission for back awards categories, and concur that $11 million is a rounded figure based upon realized revenues generated since sound recording was released on June 13, 1995. $33 million if actual fraud is confirmed.

Request to the court to prevent Morissette / Epiphany Productions Inc from entering into any future agreements regarding musicals, audio releases, merchandising, or concert touring until credit and compensation are arranged.  Finally,  Hunt will request Court to honor subpoenas for Morissette business records and  her ` Reasons I Drink ' scripts to indentify characters.

## V.      Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.      For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: October 31_____ , 2024____ .

Signature of Plaintiff          _____

Printed Name of Plaintiff     Joseph Michael Hunt_____

JS 44 (Rev. 10/20)

# CIVIL COVER SHEET

County in which action arose: __Macomb__

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Joseph Michael Hunt

## DEFENDANTS
Alanis Nadine Morissette

**(b)** County of Residence of First Listed Plaintiff   Macomb
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant   Contra Costa California
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
In Pro Per

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☐ 1  U.S. Government
       Plaintiff

☐ 3  Federal Question
       *(U.S. Government Not a Party)*

☐ 2  U.S. Government
       Defendant

☒ 4  Diversity
       *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)*                                  *and One Box for Defendant)*

|                                         | PTF | DEF |                                                          | PTF | DEF |
|-----------------------------------------|-----|-----|----------------------------------------------------------|-----|-----|
| Citizen of This State                   | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State                | ☐ 2 | ☒ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation                                           | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|----------|-------|---|--------------------|------------|----------------|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & | ☐ 367 Health Care/ Pharmaceutical | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | Slander | Personal Injury | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability | Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| | ☐ 345 Marine Product Liability | | | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | **PERSONAL PROPERTY** | **LABOR** | ☐ 880 Defend Trade Secrets Act of 2016 | ☐ 480 Consumer Credit (15 USC 1681 or 1692) |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | | ☐ 485 Telephone Consumer Protection Act |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | **SOCIAL SECURITY** | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 196 Franchise | | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 862 Black Lung (923) ☐ 863 DIWC/DIWW (405(g)) ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | ☐ 791 Employee Retirement Income Security Act | | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application ☐ 465 Other Immigration Actions | | |
| | ☐ 448 Education | ☐ 550 Civil Rights ☐ 555 Prison Condition ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

☒ 1  Original
      Proceeding

☐ 2  Removed from
      State Court

☐ 3  Remanded from
      Appellate Court

☐ 4  Reinstated or
      Reopened

☐ 5  Transferred from
      Another District
      *(specify)*

☐ 6  Multidistrict
      Litigation -
      Transfer

☐ 8  Multidistrict
      Litigation -
      Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
Copirghts 17 U.S.C. §§ 101-810 , et. al.
Brief description of cause:
Claiming authorship rights, credit, and retroactive compensation/ royalties for intellectual property of ' Jagged Little Pill '

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION
    UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:   ☐ Yes   ☐ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*

JUDGE _____   DOCKET NUMBER _____

DATE
October 31, 2024

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT #_____   AMOUNT_____   APPLYING IFP_____   JUDGE_____   MAG. JUDGE_____

## PURSUANT TO LOCAL RULE 83.11

1.        *Is this a case that has been previously dismissed?*          ☐ Yes
                                                                         ☒ No

If yes, give the following information:

Court: _____

Case No.: _____

Judge: _____


2.        Other than stated above, are there any pending or previously
          discontinued or dismissed companion cases in this or any other     ☐ Yes
          court, including state court? (Companion cases are matters in which ☒ No
          it appears substantially similar evidence will be offered or the same
          or related parties are present and the cases arise out of the same
          transaction or occurrence.)

If yes, give the following information:

Court: _____

Case No.: _____

Judge: _____


Notes :

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

JOSEPH MICHAEL HUNT

      Plaintiff,                       Hon._____

Vs

ALANIS NADINE MORISSETTE, individually     Case _____

Epiphany Productions Inc.
Alanis Morissette , CEO / Secretary

      Defendants .

————————————————————/

## VERIFIED  COMPLAINT

Plaintiff, JOSEPH MICHAEL HUNT, ( " JOE HUNT " ) is filing a lawsuit against

Entertainer Alanis Nadine Morissette ( " ALANIS " ) and her California corporation

EPIPHANY PRODUCTIONS INC ( " EPIPHANY " ) as a pro se litigant in order to

address outstanding federal questions and recover rights under diversity of jurisdiction

Guidelines.

### JURISDICTION, VENUE, and DESCRIPTION OF THE PARTIES

1.  Plaintiff asserts violation of entitled authorship rights and seeks enforcement of

    Copyright laws.  The action arises from United States statutes , 17 U.S.C.  §

    101-810

1

2. Plaintiff further asserts enforcement of rights under Lanham Trademark Act 15 U.S.C. § 1051 , 18 U.S.C. Chapter 90 , Madrid Protocol. Berne Convention, and the General Agreement on Tariffs and Trade ( GATT) treaties.

3. Plaintiff also presents to the Court for consideration the elements of the Immigration and Nationality Act of 1952 and 18 U.S.C. § 1951 as individual Defendant ALANIS currently is identified as both a citizen of Canada and The United States of America .

4. The Court has subject matter jurisdiction over all claims against Defendant Under the United States Constitution and United States statutes, as this action arises under the laws of the United States pursuant to 28 U.S.C. §1331, §1332.

5. This Court has supplemental jurisdiction over all parties 28 U.S.C. § 1391 because the intellectual properties and actions in question were created , recorded , and disseminated from the Eastern District of Michigan.

6. Plaintiff resides within Macomb County, Michigan

7. Deceased uncredited co-author Sharon M. Couwlier ( " SHARON C ") was born, lived , died, and is buried in the Eastern District of Michigan.

8. Plaintiff JOE HUNT and SHARON C are the original creators of the album

2

Jagged Little Pill that was written February 28, 1993 in St. Claire Shores ,
Michigan.

## STATEMENT OF THE FACTS

9. The cause of action in the form of 'claims upon which relief can be granted'
   are presented to the Court in the form of numbered exhibited to present
   facts as they are related to the finalized  creative work.

10.  Sharon M. Coulier ( SHARON C) is Exhibit #1 .  Without SHARON C
    contacting JOE HUNT in February of 1993 , there would be no album.

11.  SHARON C indicated she was " officially dying and holding tryouts ".

12. SHARON C was a singer / dancer at a Sterling Heights nightclub in the
    1980's. She also sang the National Anthem in New York during the Statute
    Of Liberty restoration ceremonies. JOE HUNT was best friend of SHARON C

13. ALANIS was a date of David Couwlier ( " DAVE ") to a wedding in the Autumn
    1992 . SHARON C was in attendance with her date . Paula Abdul was
    In attendance.  SHARON C  and ALANIS are seen in a picture with DAVE and
    her date that led to writing of the song lyrics and title of the album we named
    JAGGED LITTLE PILL.

14. ALANIS and DAVE have never met JOE HUNT in person

15 . SHARON C and JOE HUNT wrote " You Learn " and " Perfect " before SHARON

C contacted DAVE by phone to indicate we were writing an ALBUM as

a last will and testament where helping ALANIS was her ' dying wish '.

16. SHARON C and JOE HUNT wrote " Forgiven " and started " All I Really Want "

Before ALANIS was reached via phone. She was physically located in Canada.

17. JOE HUNT and SHARON C wrote the lyrics on green on white birthday drink

Napkins. ALANIS audio recorded most of her audition for the album we

named Jagged Little Pill.

18. At the end of the writing session  SHARON C had JOE HUNT reveal to ALANIS

the reason we wrote the album as a lasting testimony as SHARON C had

Terminal cancer with less than a month to live.  ALANIS stopped all forms

of communication with JOE HUNT

19. SHARON C died September 18 , 1993 . Under information and belief , her

the wish was that that our writings be buried with her.

## " YOU SCAN THE CREDITS FOR YOUR NAME AND WONDER WHY IT'S NOT THERE"

20. Eight hundred and thirty five days are JOE HUNT , SHARON C,  and ALANIS

authored and recorded the first session of JAGGED LITTLE PILL ( "ALBUM")

Into a fixed and tangible form,  the sound recording was released on

June 13, 1995.

21. Exhibit # 2 is the front cover of the ALBUM with the original picture.

22. Exhibit #3 lists the ALBUM song titles and timings

23. Exhibit #4 is the back cover of the ALBUM with song titles. The art work

shows JOE HUNT , SHARON C,  and ALANIS along with other characters.

24. The album has reportedly sold 33 million copies worldwide.  ALANIS

did not include JOE HUNT nor SHARON C in the credits of authorship. The

*Court upon examination will realize the omission* . Plaintiff seeks to understand

why ALANIS presented both as visual elements only.

## LIBRARY OF CONGRESS CREDIT SEARCH

25. Exhibit #5 reflects information as maintained by the Library of Congress

related to the Copyright Act of 1976.  ALANIS did not credit  SHARON C or

*JOE HUNT on this filing of the original ALBUM release*

26. Exhibit #6 / #7 is the music score book  where ALANIS has taken credit

for "All lyrics by ".   Joe Hunt and Sharon Coulier do not appear here.

27. Exhibit #8 is taken from setlist.fm where it illustrates the number of

Years of ALANIS has toured and the number of times she sang specific songs.

The claim is that she has performed these songs as performance royalties.

28. Exhibit #9 shows a derivative work from 2005 entitled Jagged Little Pill Acoustic.  An examination of this product shows ALANIS did not credit JOE HUNT or SHARON C yet again.

29. Exhibit #10 is a 2015 DERIVATIVE work of the ALBUM with prior unreleased material.  The claim is that JOE HUNT and SHARON C received no credit.

30. Exhibit #11 is a book composed by ALANIS and others related to the history Of the ALBUM.  JOE HUNT is not identified by name but assumes he is the `incredibly kind' person of " Head Over Feet " and SHARON C is " Mary Jane "

31. Exhibit #12 reflects more people being brought in to be given credit in a musical . At no point is JOE HUNT or SHARON C given any credit.

32.  The ALBUM that JOE HUNT and SHARON C wrote and titled has undergone a release of 162 versions  according to the DISCOGS.COM website.  After a full review of each release, it should be made clear to the Court that ALANIS has failed to credit Hunt / Couwlier in any album, book, or derivative as existing.

33. Exhibit #14 is the latest SETLIST.FM count of tours and songs performed. ALANIS still tours and promotes our ALBUM as the generation defining ground breaking album of a generation 29 years after its release.  The complaint

against ALANIS is that she failed to provide adequate credit AND maintains

a negative attitude to the two people that HELPED her become famous.

## ARTISTS DESERVE TO BE FAIRLY COMPENSATED

34. Exhibit #15 is the testimony of ALANIS before Congress on April 3, 2001.

Here ALANIS expresses how artist earn money and believes those who

contribute to a project should be compensated.

## LEGALLY SCANNING THE CREDITS

35. Exhibit #15 is the April 9, 2002 filing for named Defendant Epiphany

Productions Inc (" EPIPHANY P") . ALANIS is President . It is unclear at this

point who the shareholders are and what assets of JOE HUNT and SHARON

C are maintained or controlled by EPIPHANY P

36. Exhibit #17 is a legal filing from May 29, 2011 for Epiphany Music LLC

( "EPIPHANY M") and is presented as another entity of which Plaintiff JOE

HUNT will ask the Court to allow be subpoenaed for records in search of both

Credit, royalties, and compensation. EPIPHANY M is not a named Defendant

yet.

37. Exhibit #18 is the Articles of Incorporation for EPIPHANY P . JOE HUNT will ask

The Court to examine the stockholders of the entity and request stock as part of

the demanded back compensation package.  Also at issue is the recorded audio

asset and Sharon Coulier audio / video / writings  which ALANIS maintains.

38. Exhibit #19 is a Trademark office declaration application form that ALANIS

swears are truthful.  JOE HUNT contends Jagged Little Pill was created and

Named by Joe Hunt and the late Sharon Couwlier.

### MISTER DUPLICITY and the REASONS I DRINK saga

39. JOE HUNT openly accepts the Mister Duplicity title and along with the  late

SHARON C will extract as much credit for the song we wrote from ALANIS.

40. ALANIS released a music video on February 27, 2020 for the song " Reasons

I Drink " to celebrate 27 years of robbing JOE HUNT and SHARON C of credit.

Under information and belief ,  ALANIS began a pandemic curse on the world

by using JOE HUNT , DAVE , and SHARON C as image/likeness characters to

Portray her in advance awareness of the COVID 19 virus- using SHARON C as

the token first casualty of the pandemic.

41.  Exhibit #21 is a picture of SHARON C from the day we wrote the ALBUM.

 Sharon had an angel tear on her face that we called a jagged little pill.

42. Exhibit 22 is the SHARON C / JOE HUNT characters from the video

43. Exhibit 23 is the making of cast line up with DAVE ALANIS SHARON JOE

8

44.  Exhibit 24 is ALANIS and her portrayal of her producer

45. Exhibit 25 is that born on / died on dates of SHARON C in the Eastern District

Of Michigan.

46. Exhibit 26 has ALANIS standing in front of the SHARON C coffin. This is the

most damaging of the ALANIS covering up crediting JOE HUNT and SHARON C

since she spent time and money to harass JOE HUNT . Her actions have resulted

in extremely negative life results for the parties involved. This lawsuit will pursue

answers in actively pursuing the records and scripts of all personnel involved.

47. Exhibit 27 is a repeat of the back cover of the ALBUM.  SHARON C said she

would always be my guardian angel and sing to me from the grave when the sign

was obviously clear.   The angry fellow is SHARON C's soul mate.

48. Exhibit #28 is from the video is the most disturbing as it led to a heart attack

and stroke. ALANIS has the audacity to roll in a SHARON C hospital bed near

The JOE HUNT / Mister Duplicity character as a purposeful hurtful act of

revenge.  ALANIS should be aware to stop causing misery for other people.

The Court is requested to honor any JOE HUNT subpoena request regarding

the Alanis Morissette pandemic / election interference civil conspiracy.

49.  ALANIS purports herself to be a wholeness advocate.  The Court will be

9

the proper jurisdiction and venue to lay to rest the Mister Duplicity question

and fully credit JOE HUNT and Sharon Couwlier as creators of Jagged Little Pill.

## LACHES AND LIMITATIONS / PROMISE OATH VOWS

50. Under information and belief , Sharon Couwlier was the single most talented

singer , dancer , songwriter , and comedian that ever lived. ALANIS was able to

worked directly with ALANIS for 202 days before she passed away. ALANIS

imitates SHARON C. ALANIS possesses the SHARON C intellectual property

archive. It Is this treasured archive that ALANIS suppresses. Maintains control

over.

51. Exhibit #29 is a March 2020 pandemic article where ALANIS feels compelled

to repeat her anger toward Mister Duplicity in a song SHARON C and JOE HUNT

wrote with her. SHARON C was the funniest person and could point blank people

With her humor. ALANIS portrays SHARON C in the song video.

52. Exhibit #30 is a summary of ALANIS babbling of how great she is being the

Queen of revenge fantasy . Even though she claims she never would act out her

anger physically,  karma bit everyone hard because of her and her revenge.

53. Attempts to contact the personnel of the Reasons I Drink video have not been

answered. During this time of making requests for the return of my intellectual

10

property via her ALANIS.COM web form, a series of legal manipulations took
that would appear that her erratic behavior was increasing based upon paranoia.
ALANIS spent years of her life viciously attacking JOE HUNT and rubbing the
Death of SHARON C in his face. Now she is moving assets instead of returning
Them. 18 U.S.C § 1951 is the Commerce Code that ALANIS is violating.

54) Exhibit #31 shows ALANIS transferring intellectual property assets after
notification to return the JOE HUNT his intellectual property to reverse the
Alanis Pandemic Curse .

55) Under information and belief , ALANIS conspired to cover up her involvement in
The death of Sharon Couwlier . ALANIS remains so jealous of the loving mature
relationship that SHARON C had with JOE HUNT that she goes out of her way to
be distracted from the truth she failed to adequately credit Hunt / Couwlier on
their ALBUM . JOE HUNT has contempt for ALANIS for writing off SHARON C.

## THIS GRUDGE

56) JOE HUNT enjoyed his soulful relationship with SHARON C. JOE HUNT and
SHARON C felt sorry for ALANIS when she took a " perilous flight " with the 1993
NHL All Star Star Spangled Banner song that led to her , under information and
belief, led to her being dumped from her MCA record company.

For the ALBUM ALANIS was given instruction to write down what page to her

The intellectual property in questions is the four full journals that she wrote
Including the recorded audio and lyrics and deciphered from the writings. The
Court is requested to demand from ALANIS / EPIPHANY P all intellectual
Property of Hunt/ Couwlier . SHARON C should get Head Over Feet credit.

58) Exhibit #33 is the Snopes.com online article that inquires on who is the
Ex lover of ALANIS . JOE HUNT will ask the Court to declare JOE HUNT and
SHARON C as " Mister Duplicity " because that was the code name of our
ALBUM writing project. DAVE has enjoyed his fame created by his sister as
a parting joke and is free to pursue a cause of action against ALANIS as a
member of the Estate of Sharon M. Couwlier. Unless

59) Exhibit #34 is the ALANIS not being happy with the Jagged HBO movie. Her
The ax to grind attitude was cute when she was young and single. The main
points
that " Jagged" portrayed is that Mister Duplicity " is not Dave Coulier " and that
She has a storage area where she hoards all of the physical mementos of her
stellar career. Under information and belief is the intellectual property of
JOE HUNT and SHARON C that ALANIS removed from SHARON C in her

12

57) The lyrics from This Grudge fairly represent that eleven songs JOE HUNT wrote

overly medicated advanced `officially dying ' mental and physical state.

60) The Alanis YouTube site has a monitored time delay chat availability for

comments. JOE HUNT had made multiple attempts over the years to contact

ALANIS but remembered her exact break up words. JOE HUNT submitted Exhibit

#35 to the Reasons I Drink video comment section. She does not respond to

English requests but she was quick to rush to Rolling Stone and get Olivia

Rodrigo on the cover. Ironic that Olivia was the source for retroactive credits.

61) ALANIS further made legal changes to the address locale of EPIPHANY M

An effort to avoid being officially contacted about her misgivings. Exhibit 36.

62) JOE HUNT , in an effort to collect the Mister Duplicity prize, contacted

Rolling Stone tip line via email three times in the Summer of 2022 with facts and

details of the writing of the ALBUM. No response from the publication but

the touring ALANIS strangely lost her voice while touring in Great Britain by

being ` stuck on a little note '. Exhibit #37 has never been acknowledged by

Rolling Stone magazine.

63) Exhibit #38 .In July 2022, DAVE made the rounds on media to speak about

ALANIS and The Mister Duplicity issue. It is uncertain what the incentive may

have been except that the Alanis Pandemic Curse claimed the lives of his

brother, his best friend, and his father.  JOE HUNT wrote via regular mail in May

2023 to   DAVE.   An  inquiry about SHARON C and ALANIS . No reply has been

received or ever expected. SHARON C forced ALANIS and DAVE back together for

ALBUM purposes . They went separate ways after she died and ALANIS raided the

SHARON  C archives.  Even the Ironic car .   Under information and belief, the

The movie is "Groundhog Day".

64) Exhibit #39 is a list of publicly available addresses that show the ALANIS

Addresses in the United States since we wrote our ALBUM.  Most are business

Addresses.  For the purposes of discovery and subpoena of records in this  federal

question/ diversity of citizenship legal action will be the US/ Canada border

Crossing records from 1993-1994 as well as any/all immigration paperwork

related to the ALANIS  work permits / citizenship process under the Immigration

and Nationality Act of 1952.  Many federal questions on this topic.

65) Exhibit #40 appears as the house ALANIS appeared in the Jagged HBO movie.

66) Exhibit #41 / #42 is a certified attempt to request from ALANIS the return

of intellectual property.  The signer of the device is listed online as House

Manager for ` Celebrity ` , hence, it is unclear if ALANIS got the message.

67) Exhibit #43 is a signed autographed picture from Mister Duplicity to ALANIS

requesting the return of the poem writings , audio, and birthday drink napkins.

68) Exhibit #44 is a strangely timed new release of the previous dates of  ALANIS

that does not include JOE HUNT or SHARON C.  Nothing ALBUM related ever.

69) Exhibit #46/ #47, 48, 49  is the October 21 and November 7, 2023 legal address

shuffle  for EPIPHANY P . Under information and belief, ALANIS is going out of

her way to avoid admitting JOE HUNT and SHARON C will ever have anything to

do with their ALBUM.

70) Exhibit #50 is an email to the listed Epiphany Productions point of contact

Dated March 25, 2024.  No response has  ever been received from anybody

or anything contacted regarding ALANIS  regarding the ALBUM or the "Reasons

I Drink " Alanis Pandemic Curse.

**PRAYER FOR EMERGENCY RELIEF BASED**

**UPON THE CLAIMS UPON WHICH**

**RELIEF CAN BE GRANTED**

Plaintiff Joseph Michael Hunt seeks a prayer for relief in the form of judicial

Intervention to force Alanis Nadine Morissette and/ or Epiphany Productions Inc.

to immediately return ALL intellectual properties of both JOE HUNT and Sharon

15

Couwlier to end the Alanis Pandemic Curse.

Plaintiff Joe Hunt also seeks , in pro se , to force associates of Alanis Morissette

to provide subpoenaed records for review and possible depositions to determine

the extent of the civil conspiracy that ALANIS has perpetuated against JOE HUNT

for the last three decades.

Plaintiff Joe Hunt is willing to claim the Mister Duplicity prize of receiving  back

credit for writing / recording Jagged Little Pill , receive back royalties,  future

Ownership interest in all Jagged Little Pill activities , and willing to receive a formal

apology from ALANIS for her egregious oversights and insults.

Plaintiff believed that Alanis would eventually get around to telling the truth one

but , in all fairness, she never wanted it to be known.

In conclusion,  Joe Hunt and Sharon Couwlier created Jagged Little Pill and " all I

really want " is justice from the Court of the Eastern District of Michigan to extract

from Alanis  Morissette the truths on why Sharon decided to  write the ALBUM in

the first place.

Respectfully Submitted,

Joseph Michael Hunt
8306 Stanley Drive
Warren, Michigan 48093
586- 459-2063
motownjoehunt@gmail.com
mrduplicity.com

November 5 , 2024



EXHIBIT #1





#3



More Images

## Alanis Morissette – Jagged Little Pill

Genre:  Rock

Style:  Alternative Rock, Acoustic, Pop Rock

Year:  1995

### Tracklist

| | |
|---|---|
| All I Really Want | 4:45 |
| You Oughta Know | 4:09 |
| Perfect | 3:08 |
| Hand In My Pocket | 3:41 |
| Right Through You | 2:55 |
| Forgiven | 5:00 |
| You Learn | 3:59 |
| Head Over Feet | 4:27 |
| Mary Jane | 4:40 |
| Ironic | 3:49 |
| Not The Doctor | 3:47 |
| Wake Up | 4:53 |
| You Oughta Know / Your House | 8:11 |

### Credits (29)

———

https://www.discogs.com/master/31513-Alanis-Morissette-Jagged-Little-Pill

# 4



11/2/24, 9:27 AM                                LC Catalog - Item Information (Full Record)

#5

 CATALOG

      1 of 1   >

MUSIC RECORDING
# Jagged little pill

**Full Record**      MARC Tags

Personal name

Morissette, Alanis.

Uniform title

Jagged little pill (Album)

Main title

Jagged little pill / Alanis Morissette.

Published/Created

Los Angeles : Maverick/Reprise Records, ℗1995.

Request this Item

## More Information                                                        >

LCCN Permalink                    https://lccn.loc.gov/2019627277

Description                       1 audio disc : digital ; 4 3/4 in.
                                  digital
                                  CD audio

Publisher/Distributor no.         9 45901-2 Maverick/Reprise
                                  45901-2 Maverick/Reprise
                                  4-45901 Maverick

LC Catalog - Item Information (Full Record)

| LC classification | SDD 28234 |
| --- | --- |
| Related names | Ballard, Glen. |
| Performer | Alanis Morissette, vocals, harmonica ; Glen Ballard, guitar, keyboard, programming ; with instrumental accompaniment. |
| Credits | Produced by Glen Ballard ; all music composed by Alanis Morissette and Glen Ballard ; all lyrics by Alanis Morissette. |
| Contents | All I really want (4:44) -- You oughta know (4:09) -- Perfect (3:07) -- Hand in my pocket (3:41) -- Right through you (2:55) -- Forgiven (5:00) -- You learn (3:59) -- Head over feet (4:27) -- Mary Jane (4:40) -- Ironic (3:49) -- Not the doctor (3:47) -- Wake up (4:53). |
| LC Subjects | Popular music--1991-2000. |
| Other Subjects | 1991-2000 Popular music. |
| Form/Genre | Pop/Rock. |
| Browse by shelf order | SDD 28234 |
| Notes | Maverick/Reprise 45901-2 (on container, 9 45901-2). Issued also as cassette: 4-45901. Compact disc. Credits and lyrics on container insert. Winning the '96 Grammy for Album of the Year and Best Rock Album, *Jagged Little Pill* features the chart-topping and Grammy-nominated hits You Oughta Know; Ironic; and Hand in My Pocket. |
| LCCN | 2019627277 |
| UPC/EAN | 093624590125 9362459012 |
| Other standard no. | B000002MY3 |
| Dewey class no. | 782.42/164 |
| Geographic area code | n-cn--- |
| Other class no. | cci1icc coll9 |

LC Catalog - Item Information (Full Record)

| | |
|---|---|
| National bib no. | 961534745 |
| National bib agency no. | (AMICUS)000015643674<br>951549626 |
| Other system no. | (OCoLC)ocm32835089 |
| Type of material | Music Recording |
| Content type | performed music |
| Media type | audio |
| Carrier type | audio disc |

## Item Availability                                          >

| | |
|---|---|
| CALL NUMBER | SDD 28234<br>Copy 1 |
| Request in | Request in advance in Rec Sound Res Center (Madison, LM113) |
| Status | Not Charged |

Exhibit

# 6

Morissette

This publication is not
for sale in the EC.

ISBN 0-7935-5680-5

A PUBLICATION OF

MCA
music publishing

A DIVISION OF MCA INC.
7777 W. BLUEMOUND RD. MILWAUKEE, WI 53213

EXCLUSIVELY DISTRIBUTED BY

HAL LEONARD

© Copyright 1995 by MCA MUSIC PUBLISHING, A Division of MCA INC.
International Copyright Secured   All Rights Reserved



For all works contained herein:
Unauthorized copying, arranging, adapting, recording or public performance is an infringement of copyright.
Infringers are liable under the law.

EXHIBIT

# 7

# LIBRARY | CATALOG
LIBRARY OF CONGRESS

LC Catalog Quick Search

| | |
|---|---|
| Description | 1 score (6 p.) ; 31 cm |
| Publisher/Distributor no | HL00120068 Hal Leonard |
| LC classification | M1630.2 .M |
| Browse by shelf order | M1630.2 |
| Notes | Brief record |
| LCCN | 2001542041 |
| Type of material | Music Score |

## Item Availability

| | |
|---|---|
| CALL NUMBER | M1630.2 .M |
| | Copy 1 |
| Request in | Performing Arts Reading Room (Madison LM113) |
| Status | Not Charged |

# 8



EXHIBIT

# 9

 CATALOG

    1 of 1  

MUSIC RECORDING

# Jagged little pill acoustic

**Full Record**     MARC Tags

Main title

Jagged little pill acoustic [sound recording].

Published/Created

Burbank, CA : Maverick, p2005.

Request this Item

## More Information                                                              >

| | |
|---|---|
| LCCN Permalink | https://lccn.loc.gov/2006568459 |
| Description | 1 sound disc : digital ; 4 3/4 in. |
| Publisher/Distributor no. | 49345-2 Maverick |
| LC classification | SDB 30980 |
| Performer | Alanis Morissette. |
| Contents | All I really want -- You oughta know -- Perfect -- Hand in my pocket -- Right through you -- Forgiven -- You learn -- Head over feet -- Mary Jane -- Ironic -- Not the doctor -- Wake up. |

LC Catalog - Item Information (Full Record)

Browse by shelf order

SDB 30980

| | |
|---|---|
| Notes | Compact disc.<br>Brief record. |
| LCCN | **2006568459** |
| UPC/EAN | 093624934523 |
| Type of material | Music Recording |

## Item Availability        >

| | |
|---|---|
| CALL NUMBER | SDB 30980<br>Copy 1 |
| Request in | Request in advance in Rec Sound Res Center (Madison, LM113) |
| Status | Not Charged |

| | |
|---|---|
| CALL NUMBER | SSA 71429<br>Copy 2 |
| Request in | Request in advance in Rec Sound Res Center (Madison, LM113) |
| Status | Not Charged |

 CATALOG

---

      1 of 1   〉

---

MUSIC RECORDING
# Jagged little pill

**Full Record**     MARC Tags

---

Personal name

Morissette, Alanis, performer, composer, lyricist.

Main title

Jagged little pill / Alanis Morissette.

Edition

Collector's edition.

Published/Produced

[Los Angeles, California] : Maverick ; Burbank, CA : Rhino, [2015]
℗2015

Request this Item

---

## More Information                                                       〉

LCCN Permalink                    https://lccn.loc.gov/2017616947

Description                       4 audio discs : CD audio, digital ; 4 3/4 in. + booklet (53 pages :
                                  illustrations ; 20 cm.)
                                  digital
                                  CD audio

Publisher/Distributor no.         R2 551049 Maverick

| | |
|---|---|
| LC classification | RZC 4876 |
| Related names | Ballard, Glen, composer.<br>Container of (work): Morissette, Alanis. Jagged little pill (Album) |
| Performer | Alanis Morissette, vocals ; with additional performers. |
| Credits | Produced by Glen Ballard. |
| Contents | Jagged little pill (2015 remaster) -- Demos -- Jagged little pill acoustic -- Live at Subterranea, London 09/28/95.<br>Jagged little pill (2015 remaster). All I really want -- You oughta know -- Perfect -- Hand in my pocket -- Right through you -- Forgiven -- You learn -- Head over feet -- Mary Jane -- Ironic -- Not the doctor -- Wake up -- Demos. The bottom line -- Superstar wonderful weirdos -- Closer than you might believe -- No Avalon -- Comfort -- Gorgeous -- King of intimidation -- Death of Cinderella -- London -- These are the thoughts -- Jagged little pill acoustic. All I really want -- You oughta know -- Perfect -- Hand in my pocket -- Right through you -- Forgiven -- You learn -- Head over feet -- Mary Jane -- Ironic -- Not the doctor -- Wake up ; Your house - - Live at Subterranea, London 09/28/95. All I really want -- Right through you -- Not the doctor -- Hand in my pocket -- Mary Jane -- Ironic -- You learn -- Forgiven -- You oughta know -- Wake up -- Head over feet -- Perfect. |
| LC Subjects | Rock music--1991-2000.<br>Alternative rock music. |
| Other Subjects | 1991-2020<br>Rock music. |
| Form/Genre | Rock music.<br>Alternative rock music.<br>Studio recordings.<br>Live sound recordings.<br>Demo recordings. |
| Browse by shelf order | RZC 4876 |
| Notes | Program notes and lyrics ([56 p.]) bound in container.<br>Compact discs.<br>In container (20 cm.). |
| LCCN | 2017616947 |

LC Catalog - Item Information (Full Record)

| | |
|---|---|
| UPC/EAN | 081227953270 |
| Other system no. | (OCoLC)ocn930181119 |
| Type of material | Music Recording |
| Content type | performed music |
| Media type | audio |
| Carrier type | audio disc |

## Item Availability      >

| | |
|---|---|
| CALL NUMBER | RZC 4876<br>Copy 1 |
| Request in | Request in advance in Rec Sound Res Center (Madison, LM113) |
| Status | Not Charged |
| CALL NUMBER | RZB 3384<br>Copy 2 |
| Request in | Request in advance in Rec Sound Res Center (Madison, LM113) |
| Status | Not Charged |

Type of Work:      Text

EXHIBIT

# 11

Registration Number / Date:
                   TX0009142073 / 2022-06-02

Application Title: Jagged Little Pill: The Novel.

Title:             Jagged Little Pill: The Novel.

Description:       Electronic file (eService)

Copyright Claimant:
                   Alanis Morissette.
                   Diablo Cody.
                   Glen Ballard.

Date of Creation:  2022

Date of Publication:
                   2022-04-26

Nation of First Publication:
                   United States

Authorship on Application:
                   Alanis Morissette; Citizenship: United States. Authorship:
                     text.
                   Diablo Cody; Citizenship: United States. Authorship: text.
                   Glen Ballard; Citizenship: United States. Authorship: text.

Copyright Note:    C.O. correspondence.

Names:             Morissette, Alanis
                   Cody, Diablo
                   Ballard, Glen

================================================================================



**LIBRARY** | CATALOG

    <    1 of 1    >

MUSIC RECORDING

# Jagged little pill : original Broadway cast recording

**Full Record**      MARC Tags

Personal name

Morissette, Alanis, composer, lyricist.

Uniform title

Jagged little pill (Musical)

Main title

Jagged little pill : original Broadway cast recording / music by Alanis Morissette & Glen Ballard ; lyrics by Alanis Morissette ; book by Diablo Cody.

Published/Produced

New York, NY : Atlantic, [2019]

℗2019

Request this Item

## More Information                                                                    >

LCCN Permalink                    https://lccn.loc.gov/2022624721

Description                       1 audio disc (73 min., 30 sec.) ; 4 3/4 in.
                                  digital
                                  stereo
                                  CD audio

| | |
|---|---|
| Publisher/Distributor no. | 604592-2 Atlantic |
| LC classification | SDD 58227 |
| Related names | Ballard, Glen, composer. |
| | Cody, Diablo, librettist. |
| | Stanley, Elizabeth (Actress), singer. |
| | Krill, Sean Allan, singer. |
| | Gooding, Celia Rose, 2000- singer. |
| | Klena, Derek, singer. |
| | Patten, Lauren, 1992- singer. |
| | Gallagher, Kathryn, singer. |
| | Cipriano, Antonio, 2000- singer. |
| | Hart, Logan, singer. |
| | Perri, Bryan, conductor. |
| | Avron, Neal, 1965- audio producer. |
| | Kitt, Tom, audio producer. |
| | Musical theatre adaptation of (work): Morissette, Alanis. Jagged little pill (Album) |
| Performer | Elizabeth Stanley (Mary Jane Healy) ; Sean Allan Krill (Steve Healy) ; Celia Rose Gooding (Frankie Healy) ; Derek Klena (Nick Healy) ; Lauren Patten (Jo) ; Kathryn Gallagher (Bella) ; Antonio Cipriano (Phoenix) ; Logan Hart (Andrew) ; additional assisting musicians ; Bryan Perri, conductor. |
| Credits | Produced by Neal Avron & Tom Kitt. |
| Contents | Overture -- See right through you -- All I really want -- Hand in my pocket -- Smiling -- Ironic -- So unsexy -- Perfect -- Lancer's party (so pure) -- That I would be good -- Wake up -- Forgiven -- Entr'acte : (Hands clean) - - Not the doctor -- Head over feet -- Unprodigal daughter -- Predator -- You oughta know -- Uninvited -- Mary Jane -- No -- Thank U -- You learn. |
| LC Subjects | Musicals. |
| | Popular music--2011-2020. |
| | Rock music--2011-2020. |
| Form/Genre | Musicals. |
| | Original cast recordings. |
| | Rock music. |
| | Jukebox musicals. |
| | Popular music. |
| | Songs. |
| | Theatrical adaptations. |
| | Enregistrements de la distribution originale. |

Comédies musicales.

Rock (Musique)

| | |
|---|---|
| Browse by shelf order | SDD 58227 |
| Notes | Musical based on Morissette's 1995 album of the same title; music by Morissette and Glen Ballard; lyrics by Morissette. Title from disc label. Program notes by Alanis Morissette, lyrics, and credits (32 unnumbered pages : color illustrations) inserted in container. Recorded at Electric Lady Studios, New York, New York; Sear Sound, New York, New York; Atlantic Studios, New York, New York. |
| Intended Audience | Parental advisory; explicit content. |
| Instrumentation | solo: male voice (4) ; solo: female voice (4) ; mixed chorus (1) ; instrumental ensemble (1) ; [Total individual performers playing alongside ensembles: 8] [Total ensembles: 2] |
| LCCN | 2022624721 |
| UPC/EAN | 075678651359 |
| Dewey class no. | 782.1/4 |
| Other system no. | (OCoLC)on1126792604 |
| Type of material | Music Recording |
| Content type | performed music |
| Media type | audio |
| Carrier type | audio disc |

## Item Availability                                                                              >

| | |
|---|---|
| CALL NUMBER | SDD 58227 Copy 1 |
| Request in | Request in advance in Rec Sound Res Center (Madison, LM113) |
| Status | Not Charged |

LC Catalog - Item Information (Full Record)

CALL NUMBER                          SSB 86586

                                     Copy 2

Request in                           Request in advance in Rec Sound Res Center (Madison, LM113)

Status                               Not Charged

EXHIBIT

#13

158 versions                                        Add to Wantlist ▼

| Title, Format | Label –<br>Catalog Number | Country | Year ∨ | | |
|---|---|---|---|---|---|

| | Jagged Little Pill<br>CD, Album, Stereo, SRC<br>Pressing | Maverick – 9 45901-2,<br>Reprise Records – 9<br>45901-2 | US | 1995 | ∨ |
| | Jagged Little Pill<br>CD, Album, Stereo | Maverick – 9362-45901-<br>2,<br>Reprise Records – 9362-<br>45901-2 | Europe | 1995 | ∨ |
| | Jagged Little Pill<br>CD, Album | Maverick – WBCD 1832,<br>Reprise Records –<br>WBCD 1832 | South<br>Africa | 1995 | ∨ |
| | Jagged Little Pill<br>Cassette, Album, Stereo | Maverick – 9 45901-4,<br>Reprise Records – 4-<br>45901 | US | 1995 | ∨ |
| | Jagged Little Pill<br>LP, Album | Maverick – 9362-45901-<br>1,<br>Reprise Records – 9362-<br>45901-1 | Europe | 1995 | ∨ |

EXHIBIT # 14

## Years on tour

2024 (39)
2023 (23)
2022 (33)
2021 (35)
2020 (7)
2019 (13)
2018 (42)
2017 (5)
2015 (10)
2014 (12)
2013 (2)
2012 (68)
2011 (1)
2010 (2)
2009 (20)
2008 (136)
2007 (3)
2006 (2)
2005 (77)
2004 (80)
2003 (82)
2002 (99)
2001 (37)
2000 (20)
1999 (183)
1998 (46)
1997 (3)
1996 (198)
1995 (100)
1993 (7)
1992 (6)
1991 (5)
1990 (5)
1989 (4)
1988 (2)
1987 (13)
1986 (1)

## Tours

2018 Summer Tour (7)
2018 Tour (33)
25th Anniversary Jagged Little Pill
Acoustic Tour (4)
5 ½ weeks Tour (27)
A Bigger Bang Tour (3)
Au Naturale Tour (23)
Can't Not Tour (146)
Dhanyavad Tour (14)
Exile In America Tour (36)
Flavors of Entanglement (88)
Guardian Angel Tour 2012 (63)
Intellectual Intercourse (46)
Intimate and Acoustic (12)
Jagged Little Pill 25th Anniversary
Tour (65)
Jagged Little Pill Acoustic Tour (28)
Jagged Little Tour (57)
Junkie Tour (132)
One Tour (15)
So-Called Chaos Tour (47)
The Diamond Wink Tour (20)
The Triple Moon Tour (37)
Toward Our Union Mended (86)

This table lists how often a song was performed. Multiple performances from the same setlist are also counted towards the total.

| | Song | Song Performances |
|---|---|---|
| 1 | You Oughta Know | 838 |
| 2 | Hand in My Pocket | 820 |
| 3 | Ironic | 818 |
| 4 | You Learn | 812 |
| 5 | All I Really Want | 794 |
| 6 | Thank U | 728 |
| 7 | Uninvited | 701 |
| 8 | Head Over Feet | 645 |
| 9 | Right Through You | 477 |
| 10 | Forgiven | 441 |
| 11 | Hands Clean | 435 |
| 12 | Not the Doctor | 420 |
| 13 | Perfect | 382 |
| 14 | Mary Jane | 329 |
| 15 | Sympathetic Character | 320 |
| 16 | Everything | 288 |
| 17 | So Pure | 278 |
| 18 | Wake Up | 263 |
| 19 | Your House | 236 |
| 20 | 21 Things I Want in a Lover | 198 |
| 21 | Baba | 192 |
| 22 | So Unsexy | 190 |
| 23 | Are You Still Mad | 185 |
| 24 | Eight Easy Steps | 173 |
| 25 | Flinch | 150 |
| 26 | Can't Not | 143 |
| 27 | Would Not Come | 132 |
| 28 | Guardian | 129 |
| 29 | Moratorium | 121 |
| 30 | A Man | 120 |
| | Reasons I Drink | 120 |
| 32 | Smiling | 119 |
| 33 | Joining You | 112 |
| | Versions of Violence | 112 |

EXHIBIT

# 15

Statement of Alanis Morissette

Good morning. Thank you Chairman Hatch for inviting me to testify at today's hearings. I would like to let you know how deeply grateful and fortunate I feel for all of the success and opportunities that I have in my life. I feel blessed to be able to share my expressions the way I do and feel privileged to be able to speak on behalf of fellow artists who have encouraged me to do so.

The reality is that for every artist fortunate enough to be in my position, there are thousands of other incredibly gifted artists whose work may never be heard. It is with this in mind, that I speak today on behalf of all musical artists who have a passionate desire for a direct voice when it comes time to discuss the issues that control their future, their livelihoods and their ability to work and create.

I believe it is vital for us to be an integral part of the solution creating process. I invite other artists to join me and I honor those artists who have already spoken. I now join them in sharing the same vision and goal.   I have come to realize that what we are trying to do is develop a solution that satisfies the concerns of three separate groups: First and most importantly there are the people who listen to the music and are in the audience, secondly, there are the artists and all the members of the creative community and thirdly, there are the record companies and people who have built and who will continue to build businesses that connect the first two.

An effective solution, as I see it, can only culminate if each of these groups have their own voice in the solution creating process.   Music fans have a voice through elected officials such as yourselves, members of the congress.

The record companies have always had their voices heard through their lobbying organizations such as the RIAA. The reason I am here today is to let you know that although these intermediaries claim to represent the creators, and while there certainly have been some alignment of goals at times, our interests are not always the same. There are an ever-increasing number of ways in which those interests conflict, particularly in the digital age.

No matter what you may hear from any of these parties, it is artists and artists alone who I believe to be truly able to accurately communicate and represent our unique and fundamental point of view. You need look no further for evidence of this than the recent bankruptcy and work- for-hire issues, which would have worked against artists and gone by unnoticed if the artistic community had not spoken up.

**As an artist, I have one goal: to continue to create and share my creative expressions with as many people and as directly as possible.** If the intermediaries can help facilitate that connection, I welcome their involvement. Where they impede that connection, I question it and I assume that I am not alone in this concern.   My only explanation as to the reasons why artists have not spoken up in the past, individually or collectively, as often as they are beginning to now is this: We are an incredibly diverse group of individuals whose energies go into writing, recording and producing our music, and months if not years of touring on the road.

As a result of this diversity and the amount of time and energy spent creating and sharing those creations, it has been difficult for us to speak with a unified voice and to decide who the person or persons would be to speak on our behalf. It has therefore been easy for others to speak up under the guise of doing so on our behalf.

I also know that there has been fear generated in the artistic community of speaking in a way that would throw any negative light on the relationship between the artists and record companies. I choose not to speak specifically about those issues here today <u>as one quote taken out of context could be subject to misinterpretation and be deeply misrepresentative of my greater view on this issue.</u> History has not been kind to artists who have candidly expressed points of view that differ with those of their record company. <u>To say the least, to have spoken up could potentially have exacerbated an already strained relationship.</u>

Artists want to continue to share their music with as many people as they possibly can. Up until recently, their only way of doing this was through traditional means. Without any other true option that would allow them to pursue their goals, they would understandably, if not reticently accept the status quo.    We have now clearly evolved into a new and exciting digital era in which we are discovering new ways to share our music directly and interactively.

Though I cannot speak for every artist, my initial esistance to the new services created online was based on the debate having been framed in terms of ``piracy''. Being labeled as such by the record companies, it understandably sent a ripple effect of panic throughout the artistic community. But what I have since come to realize is that for the majority of artists, this so-called ``piracy'' may have actually been working in their favor.

**Most recording artists never receive royalties past their initial advance due to the financial structure of most record company contracts.** From these artists' viewpoint, their music is free since they do not, in the end, receive money from any of the sales. That ``free'' internet distribution allows the artist to aggregate an audience and create a direct relationship with that audience as well as develop a community among the people who love their music.

This in turn allows that artist to generate compensation through other outlets such as touring and merchandise. For the majority of artists, this amounts to making enough money to be in survival mode. I believe that most artists write and create motivated by the goal of sharing their music with as many people as possible and view the financial reward as a natural and welcome outcome as opposed to it being their singular motivation.

**At this critical juncture in the digital era, there are an infinite number of decisions to be made regarding how music use will be monitored, where the money generated from such use will go, how it will go there, whom it will go through, and how it will ultimately be divided up.**

<u>I believe it would be in everyone's best interest to make sure that the creators of music and art are duly compensated for their work and most importantly, that they will have a direct voice in the process of making these decisions.</u>